UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Harris,

              Plaintiff,

v.

Sirius XM Radio Inc.,

              Defendant.

Civil Action No.: 2:13-cv-14739-SFC-RSW

Honorable Sean F. Cox

## STIPULATED ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties endorsed hereon:

IT IS HEREBY ORDERED that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action shall be and is hereby DISMISSED, with prejudice and without costs to any party.

Dated: November 21, 2014

    s/ Sean F. Cox
    Sean F. Cox
    U. S. District Judge

So Stipulated and Agreed:

   /s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Tel: (203) 653-2250
slemberg@lemberglaw.com
Attorney for Plaintiff

 /s/ Keefe A. Brooks
Keefe A. Brooks (P31680)
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward, Suite 400
Birmingham, Ml 48009
Telephone: 248-971-1800
brooks@bwst-law.com
Attorney for Defendant